IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ESTATE OF HAROLD LEE KIZZIA, DECEASED and ESTATE OF LETA FAYE KIZZIA, DECEASED § § § § § | |
| V. § | CIVIL ACTION NO. B-03-169 |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, CIGNA GROUP INSURANCE, AND NORTH AMERICAN LIFE AND CASUALTY INSURANCE COMPANY § § § § § § | |

## LIST OF FINANCIALLY INTERESTED ENTITIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES D. Bradley Kizzia, Executor for the Estate of Harold Lee Kizzia, Deceased and the Estate of Leta Faye Kizzia, Deceased, and file this List of Financially Interested Entities, and for same would show:

I.

Pursuant to the Court's Order Setting Conference, dated September 23, 2003 in the above-referenced cause, Plaintiff submits this list "of all entities that are financially interested in this litigation":

D. BRADLEY KIZZIA, EXECUTOR FOR AND BENEFICIARY OF
 THE ESTATE OF HAROLD AND LETA FAYE KIZZIA, DECEASED
901 Main Street, Suite 4300
Dallas, TX 75202
214.651.4592

RUSSELL SCOTT KIZZIA
412 Tanglewood
Mission, TX 78572
Beneficiary of the Estates of Harold and Leta Faye Kizzia
Represented by D. Bradley Kizzia, Attorney/Plaintiffs


RANDY LEE KIZZIA
2520 Yellowhammer
McAllen, TX 78504
Beneficiary of the Estates of Harold and Leta Faye Kizzia
Represented by D. Bradley Kizzia, Attorney/Plaintiffs


DANA KAY NORRIS
1184 Pecan Valley
Martindale, TX 78655
Beneficiary of the Estates of Harold and Leta Faye Kizzia
Represented by D. Bradley Kizzia, Attorney/Plaintiffs


DALPHIA PIERCE
313 Wheeler Avenue
Scranton, PA 18510
Beneficiary of the Estates of Harold and Leta Faye Kizzia
Represented by D. Bradley Kizzia, Attorney/Plaintiffs


NATIONAL RIFLE ASSOCIATION OF AMERICA, Defendant

CIGNA GROUP INSURANCE (now apparently known as
Life Insurance Company of North America)

and

NORTH AMERICAN LIFE AND CASUALTY
INSURANCE COMPANY, Defendant
Represented by Ms. Candice E. Sayre
Shannon, Martin, Finkelstein & Sayre, A P.C.
2400 Two Houston Center
909 Fannin Street
Houston, TX 77010

Respectfully submitted,

_____
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**STRASBURGER & PRICE, L.L.P.**
901 Main Street, Suite 4300
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 FAX

**EXECUTOR AND
ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record on this the 1st day of October, 2003.

_____
D. BRADLEY KIZZIA