


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ESTATE OF HAROLD LEE KIZZIA, DECEASED AND LETA FAY KIZZIA, DECEASED § § § § Plaintiffs, § § VS. § § NATIONAL RIFLE ASSOCIATION OF § AMERICA, CIGNA GROUP INSURANCE, § AND NORTH AMERICAN LIFE AND § CAUSALTY INSURANCE COMPANY, § § Defendants. § | CIVIL ACTION NO. B-03-169 |

## CERTIFICATE OF FINANCIALLY INTERESTED INDIVIDUALS AND ENTITIES

National Rifle Association of America and Life Insurance Company of North America file their Certificate of Financially Interested Individuals and Entities and identify the following individuals and entities that may have a financial interest in this litigation:

a. Plaintiffs, Estate of Harold Lee Kizzia, Deceased and Leta Fay Kizzia, Deceased;

b. National Rifle Association of America; and

c. Life Insurance Company of North America, a Pennsylvania corporation, which is wholly owned by Connecticut General Corporation, a Connecticut corporation, which is wholly owned by CIGNA Holdings, Inc., a Delaware corporation, which is wholly owned by CIGNA Corporation, a Delaware corporation.

Respectfully submitted,

*[signature]*

Candice E. Sayre
Federal Id. No. 2150
State Bar No. 17697800
Two Houston Center, Suite 2400
909 Fannin Street
Houston, Texas 77010
713-646-5504 (Telephone)
713-752-0337 (Facsimile)
Attorney in Charge for National Rifle Association of America and Life Insurance Company of North America (incorrectly named as "CIGNA Group Insurance," a nonentity)

OF COUNSEL:
Elizabeth D. Alvarado
Federal Id. No. 10317
Alicia M. Matsushima
Federal Id. No. 28590
SHANNON, MARTIN, FINKELSTEIN & SAYRE
A Professional Corporation
Two Houston Center, Suite 2400
909 Fannin Street
Houston, Texas 77010
713-646-5500 (Telephone)
713-752-0337 (Facsimile)

## CERTIFICATE OF SERVICE

I certify that on October 8, 2003, a true and correct copy of the foregoing instrument was served by certified mail, return receipt requested in accordance with 5 of the Federal Rules of Civil Procedure on all counsel of record.

*[signature]*
Candice E. Sayre