THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

INITIAL PRETRIAL AND SCHEDULING CONFERENCE

United States District Court
Southern District of Texas
FILED

JAN 0 9 2004

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-03-169      DATE & TIME: 1/9/04 @ 10:04-10:18 am

COUNSEL:

D. Bradley Kizzia, Executor      §   D. Bradley Kizzia

VS                               §

Natl Riffle Assoc. of America, Et Al   §   Alicia Matsushima

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              T. Yanez

Case called on the docket.  D. Bradley Kizzia appeared in person. Alicia Matsushima appeared for Defts.  Parties announced present and ready.

The following deadlines set by the Court:

  Jury Selection is set for 12/2/04 @ 9:00 am. Counsel to do voir dire.
     Jury to be 12 members.
  Docket Call is set for 11/30/03 @ 1:30 p.m.
  Joint Pretrial Order due by 11/12/04
  Discovery cut-off is 10/31/04
  Non-Dispositive motions filed by 11/12/04
  Dispositive motions filed by 9/10/04
  Plaintiff's experts named by 6/2/04
  Defendants' experts named by 7/2/04
  New parties added by 1/30/04.  Leave to file has been granted.

Any of the above deadlines can be changed by agreement with the exception of Jury Selection, Docket Call and Joint Pretrial Order dates.  Court to be notified in writing of any changes.

Court is adjourned.