IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 1 2 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| D. BRADLEY KIZZIA, EXECUTOR | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-169 |
| NATL RIFLE ASSOC OF AMERICA, ET AL | § | |

## Scheduling Order

1. Trial: Estimated time to try: 4 days.     ☐ Bench   ■ Jury

2. New parties must be joined by:                               January 30, 2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   June 2, 2004

4. The defendant's experts must be named with a report furnished by:   July 2, 2004

5. Discovery must be completed by:                              October 31, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                        September 10, 2004

   Non-Dispositive Motions will be filed by:                    November 12, 2004

************************ The Court will provide these dates. ************************

7. Joint pretrial order is due:                                 November 12, 2004

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:                         November 30, 2004

9. Jury Selection is set for 9:00 a.m. on:*                     December 2, 2004

*Counsel to do voir dire. Jury to be twelve(12) members with ten (10) or more members required to reach a verdict.

The case will remain on standby until tried.

Signed this the 9th day of January, 2004.

Andrew S. Hanen
United States District Judge

xc: **ALL COUNSEL OF RECORD**