IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESTATE OF HAROLD LEE KIZZIA, DECEASED and ESTATE OF LETA FAYE KIZZIA, DECEASED | § § § § § | United States District Court Southern District of Texas FILED JAN 2 6 2004 Michael N. Milby Clerk of Court |
| V. | § | CIVIL ACTION NO. B-03-169 |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, CIGNA GROUP INSURANCE, NORTH AMERICAN LIFE AND CASUALTY INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA AND AGIA, INC. | § § § § § § § § | |

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO JOIN NEW PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME the Estate of Harold Lee Kizzia, Deceased and the Estate of Leta Faye Kizzia, Deceased, by and through the Independent Executor for both estates, and file this their Unopposed Motion for Extension of Deadline to Join New Parties, and for same would show unto the Court as follows:

I.

### CERTIFICATE OF CONFERENCE

Plaintiffs' counsel conferred with counsel for Defendants regarding this requested extension, and it is not opposed, as is evidenced by the letter agreement of January 20, 2004, which is attached hereto as Exhibit A.

## II.

In the Court's Scheduling Order of January 9, 2004, the Court set January 30, 2004 as the deadline for joinder of new parties. In response to that Order, counsel for Plaintiffs requested a deposition of a designated representative of Defendants to answer questions about the parties involved in the marketing and solicitation of the coverage in question as well as the processing and administration of the claims for benefits under such coverage, and/or other questions regarding proper Defendants to this suit. Alternatively, Plaintiffs' counsel requested defense counsel to agree to extend the deadline for joinder of parties to allow discovery pertaining to same to be done. Counsel for the Defendants has agreed to extend the deadline for joinder of parties, but has requested that the parties pursue mediation as opposed to depositions at this time.

## III.

Accordingly, Plaintiffs submit that there is good cause for extension of the deadline for joinder of new parties to allow the parties an opportunity to pursue mediation and, failing that, to permit Plaintiffs to undertake discovery regarding appropriate party defendants. Thus, Plaintiffs request an extension of the deadline for joinder of new parties until March 31, 2004, or such other date as the Court deems appropriate under the circumstances.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court grant this Motion to Extend the Deadline to Join New Parties, and that Plaintiffs' have such other and further relief to which they may be entitled.


Respectfully submitted,

*D. Bradley Kizzia* (signature)

**D. BRADLEY KIZZIA**
State Bar No. 11547550
**STRASBURGER & PRICE, L.L.P.**
901 Main Street, Suite 4300
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 FAX

**EXECUTOR AND
ATTORNEY FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record on this the 23rd day of January, 2004.

*D. Bradley Kizzia* (signature)

D. BRADLEY KIZZIA

# EXHIBIT A

JAN-20-2004 10:51   SHANNON,MARTIN,FINKELSTEI   P.02

# SHANNON, MARTIN, FINKELSTEIN & SAYRE

A Professional Corporation
ATTORNEYS AT LAW

2400 TWO HOUSTON CENTER
909 FANNIN STREET
HOUSTON, TEXAS 77010

Telephone: (713) 646-5500   www.smfs.com   Facsimile: (713) 752-0337

Sender's Direct Line
(713) 646-5504

E-Mail:
csayre@smfs.com

January 20, 2004

D. Bradley Kizzia                                                              *By Facsimile*
Strasburger & Price, LLP
901 Main Street, Suite 4300
Dallas, TX 75202

    Re:    Civil Action No. B-03-169; *Estate of Harold Lee Kizzia, et al. v. National Rifle Association of America, et al.*; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Kizzia:

    In response to your e-mail, this letter will constitute our agreement to extend the deadline to join parties in this case under Local Rule 83.5 until after all discovery is complete. Please sign below and return you signature to us if you agree.

    With respect to depositions, we believe efforts would be more productively spent on mediating to a resolution rather than conducting expensive discovery. Accordingly, we propose that this case be mediated as soon as a mutually acceptable mediator can be selected. We would propose that the mediation be conducted in Houston-however, we are not opposed to another location at this time. In the event you agree to conduct a mediation in Houston, we would propose the following mediators: Eileen Hohlt, Jeffry Abrams or Susan Soussan. Please advise of your position on mediation and the location as soon as possible.

                                        Very truly yours,

                                        SHANNON, MARTIN, FINKELSTEIN & SAYRE
                                        A Professional Corporation

                                        By: *[signature]*
                                            Candice E. Sayre

AGREED:

*[signature]*

D. Bradley Kizzia, Attorney for Plaintiffs

Received by Strasburger & Price, L.L.P. on 1/20/2004 10:34:54 AM [Central Standard Time]

TOTAL P.02