IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESTATE OF HAROLD LEE KIZZIA, DECEASED and ESTATE OF LETA FAYE KIZZIA, DECEASED | § § § § § | |
| V. | § | CIVIL ACTION NO. B-03-169 |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, CIGNA GROUP INSURANCE, NORTH AMERICAN LIFE AND CASUALTY INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA AND AGIA, INC. | § § § § § § § § | |

United States District Court
Southern District of Texas
ENTERED

JAN 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

CAME on this date to be heard Plaintiffs' Unopposed Motion for Extension of Deadline to Join New Parties, and the Court having considered same, is of the opinion that said Motion should be granted. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for Plaintiffs to join new parties is extended until March 31, 2004.

SIGNED this 30th day of January, 2004.

_____
**UNITED STATES DISTRICT JUDGE**