IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ESTATE OF HAROLD LEE KIZZIA, | § | |
| DECEASED and ESTATE OF LETA FAY | § | |
| KIZZIA, DECEASED, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-169 |
| | § | |
| NATIONAL RIFLE ASSOCIATION OF | § | |
| AMERICA, CIGNA GROUP INSURANCE, | § | |
| NORTH AMERICAN LIFE AND | § | |
| CASUALTY INSURANCE COMPANY, | § | |
| LIFE INSURANCE COMPANY OF | § | |
| NORTH AMERICA AND AGIA, INC. | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL UNDER RULE 41(A)

Plaintiffs, Estate of Harold Lee Kizzia, Deceased and Estate of Leta Fay Kizzia, Deceased, joined by Defendants, National Rifle Association of America, CIGNA Group Insurance, North American Life and Casualty Company, Life Insurance Company of North America and AGIA, Inc. file this Joint Stipulation of Dismissal under Rule 41(a) of the Federal Rules of Civil Procedure and state:

1.  Plaintiffs are the Estate of Harold Lee Kizzia, Deceased and the Estate of Leta Fay Kizzia, Deceased. Defendants are National Rifle Association of America, CIGNA Group Insurance, North American Life and Casualty Company, Life Insurance Company of North America and AGIA, Inc

2.  Plaintiffs filed this lawsuit seeking benefits under the National Rifle Association of America policy number NRA 404002 and successor policy number NRA 504003.

3.  Defendants seek dismissal from this lawsuit because the parties have settled all disputes and controversies between them, and have entered into a confidential settlement agreement which is incorporated by reference verbatim.

4.  Plaintiffs agree to the dismissal of Defendants.

5. The parties agree that all costs of court should be taxed against the party incurring them.

6. This case is not a class action.

7. A receiver has not been appointed in this case.

8. This case is not governed by any statute that requires an order from the court to dismiss this case.

9. Defendants have not dismissed an action based on or including the same claims as those presented in this case.

10. The parties agree that Defendants shall be dismissed with prejudice, and Plaintiffs shall be enjoined from seeking any further relief or benefits from Defendants related to the National Rifle Association of America policy number NRA 404002 and successor policy number NRA 504003.

11. WHEREFORE, the parties submit this Stipulation of Dismissal and request that it be entered of record, and for such other relief as shall be just.

Respectfully submitted,

By: _____
Candice E. Sayre
Federal Id. No. 2150
State Bar No. 17697800
2400 Two Houston Center
909 Fannin Street
Houston, Texas 77010
Telephone: 713/646-5504
Facsimile: 713/752-0337

**ATTORNEY      IN      CHARGE      FOR DEFENDANTS**

OF COUNSEL:
Alicia M. Matsushima
SHANNON, MARTIN, FINKELSTEIN & SAYRE
A Professional Corporation
2400 Two Houston Center
909 Fannin Street
Houston, Texas 77010
Telephone: 713/646-5500
Facsimile: 713/752-0337

AGREED:

STRASBURGER & PRICE, LLP

_____
D. Bradley Kizzia
State Bar No. 11547550
901 Main Street, Suite 4300
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 Fax

**EXECUTOR AND ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2004, a true and correct copy of the foregoing instrument was served by certified mail, return receipt requested on all counsel of record in accordance with Rule 5 of the Federal Rules of Civil Procedure.

_____
Candice E. Sayre