IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESTATE OF HAROLD LEE KIZZIA, DECEASED and ESTATE OF LETA FAY KIZZIA, DECEASED, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. B-03-169 |
| | § | |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, CIGNA GROUP INSURANCE, NORTH AMERICAN LIFE AND CASUALTY INSURANCE COMPANY, LIFE INSURANCE COMPANY OF NORTH AMERICA AND AGIA, INC. Defendants. | § § § § § § § | |

United States District Court
Southern District of Texas
ENTERED

MAR 2 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER ON JOINT STIPULATION OF DISMISSAL UNDER RULE 41(A)

The court GRANTS and ENTERS the Joint Stipulation of Dismissal under Rule 41(a) of the Federal Rules of Civil Procedure submitted by Plaintiffs, Estate of Harold Lee Kizzia, Deceased and Estate of Leta Fay Kizzia, Deceased, joined by Defendants, National Rifle Association of America, CIGNA Group Insurance, North American Life and Casualty Company, Life Insurance Company of North America and AGIA, Inc. as follows:

1. Defendants, National Rifle Association of America, CIGNA Group Insurance, North American Life and Casualty Company, Life Insurance Company of North America and AGIA, Inc. are dismissed with prejudice

2. Plaintiffs are enjoined from seeking any further relief or benefits from Defendants related to the National Rifle Association of America policy number NRA 404002 and successor policy number NRA 504003; and

1120.0117/Stipulation Order

3.  All costs of court are taxed against the party incurring them.

SIGNED: ___March 26_____, 2004.

_____
UNITED STATES DISTRICT COURT JUDGE